UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DONALD L. SYKES,

        Petitioner,

vs.                                    Case No. 3:06-cv-52-J-32TEM

STATE OF FLORIDA, et al.,

        Respondents.

_____

**ORDER**[1]

Petitioner initiated this action by filing an "Emergency Release Habeas Corpus" (Doc. #1) pursuant to 28 U.S.C. § 2254 on January 19, 2006. He is proceeding on an Amended Petition (Doc. #5), filed February 23, 2006. Upon review of the record, it is clear that Petitioner has an action pending in state court concerning the challenged conviction. See Amended Petition at 5-6, 12.

In recognition of the nature of comity between the national and state sovereignties in our federal system, this Court should give the state court an opportunity to rule on Petitioner's claim(s). Thus, this case will be dismissed without prejudice to give Petitioner the opportunity to complete his action in state

---

[1] Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically. However, it has been entered only to decide the motion or matter addressed herein and is not intended for official publication or to serve as precedent.

court and to exhaust his state court remedies.  See <u>Rose v. Lundy</u>, 455 U.S. 509 (1982); <u>see</u> <u>also</u> 28 U.S.C. § 2254(b)(1)(A).

Accordingly, it is now

**ORDERED**:

1.   This case is dismissed without prejudice.

2.   The Clerk of the Court shall enter judgment dismissing this case without prejudice and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 1st day of March, 2006.

_____
TIMOTHY J. CORRIGAN
United States District Judge

ps 2/28
c:
Donald L. Sykes